UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH M. POPOVICH, | ) | Case No. 1:95 CV 0684 |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | O R D E R |
| CUYAHOGA COUNTY COURT OF COMMON PLEAS, DOMESTIC RELATIONS DIVISION, | ) ) ) ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |

Upon representation of counsel that the above entitled cause of action has been settled between the parties,

IT IS ORDERED that the docket be marked "settled and dismissed with prejudice, defendant to pay filing costs."

The court retains jurisdiction to resolve all issues pertaining to the enforcement of the settlement agreement entered into by the parties.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede this order.

IT IS SO ORDERED.



s/James S. Gallas
United States Magistrate Judge

Dated: October 12, 2006